# United States Court of Appeals for the Fifth Circuit

---

No. 24-10475
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

November 18, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Chisanga Mable Scott,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CR-422-2

---

Before Graves, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Chisanga Mable Scott has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Scott has filed a response and moved for the appointment of

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10475

substitute counsel. That request is DENIED as untimely. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir. 1998).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Scott's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.